May 20, 2005

Mr. Jack G. Carnegie
Jones Day
717 Texas Avenue, Suite 3300
Houston, TX 77002-2900

Mr. John Fellas
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Mr. John D. White
Jones Walker Waechter Poitevent
Carrere & Denegre
10001 Woodloch Forest Drive, Suite 350
The Woodlands, TX 77380

RE: Case Number: 03-1129
 Court of Appeals Number: 01-02-01246-CV
 Trial Court Number: 2002-47663

Style: IN RE KELLOGG BROWN & ROOT, INC.

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion in
the above-referenced cause. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosure

|cc:|Ms. Margie |
| |Thompson |
| |Mr. Charles |
| |Bacarisse |